**LAUREN ANDERSEN**
BOX 500, 126 MAIN STREET
COLD SPRING HARBOR, NEW YORK 11724
PHONE: 516-934-1985
MYHUMANRIGHTS2@GMAIL.COM

February 4th, 2022

*Pro se* clerk
US District Court, SDNY
500 Pearl Street
New York NY 10007

*Re: Andersen v. British Airways et. al.*

To Whom It May Concern:

I am writing to ask permission to submit Exhibit L of my complaint (the rest of which I sent to the clerk by email today) as a sealed document.  It contains several deposition transcripts, some portions of which are privileged because they contain material that is protected under NYMHL §33.13.  I would like to upload them by ECF after the complaint is filed so that I can avoid unnecessary sharing.  They are large files so the clerk would not be likely to accept them by email anyway.

Thanks in advance for your cooperation.

Sincerely,

*[signature]*

Lauren Andersen