**LAUREN ANDERSEN**
BOX 500, 126 MAIN STREET
COLD SPRING HARBOR, NEW YORK 11724
PHONE: 516-934-1985
MYHUMANRIGHTS2@GMAIL.COM

March 7th, 2022

Hon. Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Letter motion for recusal.  *Andersen v. British Airways et. al.,* docket #22-cv-1045, SDNY.

Dear Judge Swain:

    I refer you to my amended complaint, pages 23-24, 93, and 127.

    Your bio says that you were appointed by Democrat Bill Clinton, and you are on the faculty of Benjamin N. Cardozo School of Law at Yeshiva University, which says on its website that it is the first law school in North America created under Jewish auspices.  It is almost exclusively funded and led by Jewish individuals.  On its website, it says that its "moral compass" is based on "five core Torah values".  One of these is "truth".

    The trouble is that two of my major defendants were also created under Jewish auspices, and are funded and led by prominent Jewish individuals – Northwell Health and Touro Law School.  My case is an embarrassment to these organizations, because the defendants have behaved in a very abusive manner.  To say that they have been economical with the truth would be an understatement.  Touro will be a defendant in the companion case that I will soon file.

    Because Touro and Cardozo are the only two Jewish law schools in town, therefore, by extension, my case could be seen as an embarrassment to your employer.

    Canon 2C of the Code of Conduct for United States Judges says, "A judge should not hold membership in any organization that practices invidious discrimination on the basis of race, sex, religion, or national origin." Canon 2C also says that whether an organization practices invidious discrimination can depend on several factors, including whether "the organization is dedicated to the preservation of religious, ethnic or cultural values of legitimate common interest to its members".  Yeshiva University makes no secret of being a Jewish institution, any more than Touro does.

    In the past decade, I have been assigned **<u>ten</u>** judges on the left (Boyle, Lindsay, Katzmann and you in federal court, and Steinman, Greco, Bennett, Goodstein, Peterson, and Muir in various State Supreme and family courts).  I have only been assigned **<u>five</u>** judges on the right (Bianco, Jacobs, and Wesley in federal court, and Parga and Mastroianni in State courts).  This imbalance would sound unfair in and of itself to any impartial observer, but when you add to it the fact that Northwell Health was founded by Democrats and is still run by them, it becomes prejudicial in the

extreme.  Northwell's powerful Board of Trustees is stacked with wealthy Jewish individuals like Donald Zucker who make large donations to Democratic political candidates, including Bill Clinton and at least two of my judges.  The majority of my other defendants are Democrats too, and the companion case is also loaded with Democrat defendants.  I frankly should not have been assigned any Democrat judges at all because of these facts.  I should have asked for recusal of the ones I was assigned previously, but I was litigating *pro se*; I did not know how to do it, and did not understand how important it was.

      These political factors are particularly important in an election year, in which one of my Democrat defendants is running for reelection: Ms. Letitia A. James, Esq., New York State Attorney General.  I don't care whether Ms. James is reelected, because I intend to leave New York before the election.  But I do care whether she compensates me for the misconduct of her staff.  I would love to believe that the Democratic party is willing to discipline its own people.  However, a decade of experience in this litigation has unfortunately shown me that is a fantasy.

      I did include some guidance in my complaint (¶10) on the types of bench that should be avoided for this case.

      So, I must reluctantly ask you to recuse yourself.  You have an impressive résumé, and I would be honored to have my case assigned to you if it were of a different type.

      If you are unwilling to recuse yourself, I ask that you at least assign a conservative magistrate to attempt to balance out the political bias.

      I also ask that you approve my motion for e-filing which I submitted **a full month ago** (docket entry 3).  Nobody has alleged that this application is lacking.  The absence of this approval is causing me costly delay in being able to file and serve papers.  It is also causing extra work for the *pro se* clerks, because I cannot file papers by myself so they have to do it.  Such delay could be seen as a form of prejudice, which could be particularly important in an election year with such a politically charged case.  My request for issuance of a summons (docket entry 4) has also been pending for nearly a month.

      Thanks in advance for your consideration.

Sincerely,

*[signature]*

Lauren Andersen