MANDATE

N.Y.S.D. Case # 22-cv-1045(LTS)

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of May, two thousand twenty-two,

_____

Lauren Andersen,

        Plaintiff - Appellant,

v.

British Airways (BA) PLC, Mr. Anthony Battista, Esq., Three John and Jane Doe BA employees, Port Authority of New York and New Jersey, Mr. Huntley Lawrence, Acting COO, Ms. Karen T. Connelly, Assistant Director, OIG, Lt. Michelle Serrano, CCIU/OIG, Sgt. Danielle Liantonio, P.O. Michael Corwin, Lt. Daniel Carbanaro, Northwell Health, Northwell Health Laboratories, Mr. Michael J. Dowling, CEO, Dr. Mark Russ, Dr. John Kane, Dr. Melissa Dudas, Ms. Renee Lifshitz, Dr. Mitchell Shuwall, Dr. Bruce Levy, Ms. Marybeth McManus, John Doe, emergency room supervisor, UnitedHealthcare Community Plan of New York, UnitedHealth Group, Ms. Madeline Harlan, One Jane Doe, customer service agent, Mr. Matthew P. Mazzola, Esq., Peter T. King, Former US Congressman, Esq., Mr. Michael Schillinger, Esq., EMS, technician identified only as Frank 50, John Doe, supervisor, The City of New York, Ms. Judith A. Pascale, Suffolk County Clerk, Mr. Jonathan B. Bruno, Mr. Daniel S. Ratner, Esq., Mr. Daniel G. May, Mr. David A. Rosen, Esq., Ms. Rachel Bloom, Esq., Mr. Graham T. Musynske, Esq., Heidell, Pittoni, Murphy & Bach, LLP, Mr. Jeffrey Carucci, Director, Division of E-Filing, Mr. Justin Barry, Esq. Chief of Administration, Ms. Sherrill Spatz, Esq. Inspector General, of the NYS Office of Court Administration, Mr. Bret Parker, Executive Director, The NYC Bar Association, Ms. Letitia A. James, Esq. New York State Attorney General (NYSAG), John Doe, representative identified only as Alex of the NYSAG's

ORDER
Docket Number: 22-807

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 09 2022

MANDATE ISSUED ON 08/09/2022

office, supervisor John Doe, Robinson & Cole LLP,
Condon & Forsyth LLP,

    Defendants - Appellees.

_____

  A notice of appeal was filed on April 14, 2022. The filing fee of $505.00 was due to be paid to the district court by April 28, 2022. The case is deemed in default.

  Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

  IT IS HEREBY ORDERED that the appeal is dismissed effective May 23, 2022 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

           For The Court:
           Catherine O'Hagan Wolfe,
           Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit